NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF VERMONT

United States of America

     v.                                                                  Case No.  5:22-cr-96-1

Brian Preller

TAKE NOTICE that the above-entitled case is scheduled for Wednesday, August 24, 2022 at 3:30 PM, in Rutland, Vermont, before the Honorable Geoffrey W. Crawford, Chief Judge, for an Initial Appearance on Rule 5(c)(3) Proceedings.

Location: Main Courtroom                          JEFFREY S. EATON, Clerk

                                                                                                    By: *Pamela J. Lane*
                                                                                                    Deputy Clerk
                                                                                                    8/24/2022

TO:

Eugenia A. Cowles, AUSA

Federal Public Defender's Office

Sunnie Donath, Court Reporter