UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT


United States of America

    v.                          Case No. 5:22-cr-96-1

Brian Preller


## **ORDER OF APPOINTMENT**

The Office of the Federal Public Defender is hereby appointed as attorney of record for the above-named defendant.

BY ORDER OF THE COURT.

Dated at Rutland, in the District of Vermont, this 24th day of August 2022.



By: *Pamela J. Lane*
Deputy Clerk